UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :    09cr00259-02 (DLC)
                                       :
          -v-                          :    ORDER
                                       :
JOEL RODRIGUEZ,                        :
                    Defendant.         :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

   On June 23, 2010, Joel Rodriguez ("Defendant") was sentenced principally to a term of imprisonment of 96 months. His sentencing guidelines range was 151 to 188 months. On October 7, 2014, the defendant filed a motion requesting a sentence reduction pursuant to Amendment 782 to the Sentencing Guidelines.

   On November 5, 2014, a copy of Defendant's motion was sent to the U.S. Probation Department for its consideration. On February 4, 2015, the Probation Department reported that the Defendant is ineligible for a reduction because his sentence is already below the amended sentencing guidelines range. Accordingly, it is hereby

   ORDERED that the October 7, 2014 motion is denied.


Dated:    New York, New York
          February 27, 2015

                                   _____
                                           DENISE COTE
                                   United States District Judge

COPY MAILED TO:

Joel Rodriguez
90360-054
FCI Morgantown
FCI
P.O. Box 1000
Morgantown, WV 26507

COPY EMAILED TO:

Allyson Felix
U.S. Probation Officer